**Order entered June 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01174-CR

**JOSE ALFREDO FUNES JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00830-T**

## ORDER

The appeal is **REINSTATED**.

By order entered May 28, 2019, the Court abated this appeal to allow the trial court to conduct a hearing to determine why appellant's brief had not been filed. The trial court has filed a reporter's record showing it conducted a hearing on May 31, 2019, and appellate counsel explained the delay in filing appellant's brief. The trial court recommends that the Court grant appellant sixty days to complete the brief.

We **ADOPT** the trial court's recommendation. Appellant's brief shall be due on or before July 30, 2019.

/s/ BILL PEDERSEN, III
JUSTICE